IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NESTOR C. DOMINGO,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES,<br><br>    Defendant.<br>_____/ | No. C 11-05333 CRB<br><br>**ORDER TO SHOW CAUSE** |

Defendant the United States moved to dismiss this case on January 17, 2012, dkt. 8, and then, upon reassignment of the case to this Court, re-noticed their motion on January 30, 2012, dkt. 18. Pro se Plaintiff Nestor Domingo has failed to file an opposition to that motion in the time frame permitted under Civil Local Rule 7-3 ("Any opposition to a motion must be served and filed not more than 14 days after the motion is served and filed."). Accordingly, Plaintiff is ORDERED to show cause by **5:00 pm on Wednesday, February 22, 2012** why this case should not be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b). Failure to respond to this Order could result in the dismissal of the case.

**IT IS SO ORDERED.**

Dated: February 16, 2012

                                                 CHARLES R. BREYER
                                                 UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\5333\osc.wpd