IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NESTOR C. DOMINGO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PATRICK R. DONOHUE,<br><br>　　　　Defendant.<br>_____/ | No. C 11-05333 CRB<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION FOR EXTENSION OF TIME** |

　　　Defendants have filed an administrative motion for a three week extension of time to respond to Plaintiff's discovery requests. Plaintiff objects, arguing that the extension of time will inconvenience him because he requires his wife's assistance to interpret Defendants' filings, and he anticipates that she will be unavailable "around the time Defendant requests to respond." Having considered the parties' arguments, the Court hereby GRANTS Defendants' administrative motion. To the extent that Plaintiff is adversely impacted by that extension of time, Plaintiff may seek his own extension of time.

　　　**IT IS SO ORDERED.**

Dated: August 17, 2012

　　　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\5333\order re extension.wpd