MELINDA HAAG (CSBN 132612)
United States Attorney
ALEX G. TSE (CSBN 152348)
Chief, Civil Division
JENNIFER S WANG (CSBN 233155)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6967
    FAX: (415) 436-6748
    jennifer.s.wang@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NESTOR C. DOMINGO, | CASE NO. C11-5333 CRB |
|     Plaintiff, | |
| v. | **ORDER DENYING PLAINTIFF'S REQUEST TO REVIEW THE DISTRICT COURT CLERK'S DECISION TO TAX COSTS; STAY OF JUDGMENT** |
| PATRICK R. DONAHOE, Postmaster General of the United States, | |
|     Defendant. | |

1  Plaintiff has requested that the court disallow the costs taxed by the Clerk, or in the alternative,
2  to reduce the costs and stay judgment pending plaintiff's appeal. Having considered the papers and
3  arguments submitted by the parties, this Court finds that plaintiff has not met his burden of
4  demonstrating why the costs taxed should not be awarded. In addition, plaintiff has failed to provide
5  any reason or evidence to support his request for a stay of execution of judgment without posting a
6  bond. Accordingly, the Court DENIES plaintiff's motion. The Clerk's taxation of costs in the amount
7  of $10,015.85 stands.

   IT IS SO ORDERED.

DATED: _Dec. 17, 2013

*Judge Charles R. Breyer*
*IT IS SO ORDERED*
*UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA*

[PROPOSED] ORDER DENYING PL.'S REQUEST TO REVIEW COSTS
CASE NO. C11-5333 CRB                                  1