1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   NESTOR C. DOMINGO,                        No. C 11-05333

12              Plaintiff,
                                               **ORDER DENYING REQUEST AND**
13      v.                                     **VACATING HEARING**

14   PATRICK R. DONOHUE,

15              Defendant.
                                          /
16

17        Pro se Plaintiff Nestor Domingo filed a document entitled Request to Review the

18   District Court Clerk's Decision to Tax Costs; Stay of Judgment (dkt. 168).  The Court finds

19   this matter suitable for resolution without oral argument pursuant to Civil Local Rule 7-1(b),

20   DENIES the Request, and VACATES the hearing currently set for January 10, 2014.  The

21   Court has already denied Plaintiff's request.  See Order Denying Plaintiff's Request to

22   Review the District Court Clerk's Decision to Tax Costs; Stay of Judgment (dkt. 167).

23   Plaintiff offers no reason to revisit that ruling, and the Court sees none.

24        **IT IS SO ORDERED.**

25   Dated: January 6, 2014

26                                        CHARLES  R. BREYER
                                          UNITED STATES DISTRICT JUDGE
27

28

G:\CRBALL\2011\5333\order re request to review.wpd

*(left margin, vertical text)* **United States District Court** For the Northern District of California